# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-4535

_____

United States of America

*Plaintiff - Appellee*

v.

Ian Mackie

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: September 13, 2017
Filed: October 3, 2017
[Unpublished]

_____

Before LOKEN, MURPHY, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Ian Mackie directly appeals the sentence imposed by the district court[1] after he pled guilty to enticement of a minor and receipt of child pornography. Mackie's

_____

[1]The Honorable Rodney W. Sippel, Chief Judge, United States District Court for the Eastern District of Missouri.

counsel has moved for leave to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the sentence as substantively unreasonable. Upon careful review, we conclude that Mackie's sentence, which was imposed within his Sentencing Guidelines range, is not substantively unreasonable. <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (discussing appellate review of sentencing decisions; if sentence is within Guidelines range, appellate court may, but is not required to, apply presumption of reasonableness).

Having independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal. Accordingly, we affirm the judgment, and we grant counsel's motion to withdraw.

_____